IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS T. RECHT, | No. C 07-4410 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER DISMISSING CASE** |
| WARREN PRODUCTIONS, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's Application to Proceed In Forma Pauperis, filed on August 27, 2007. Pursuant to 28 U.S.C. § 1915(e), where a plaintiff seeks to proceed in forma pauperis, the Court must dismiss the complaint if it determines that the complaint is frivolous or malicious, or that the plaintiff has failed to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(2)(B)(I), (ii).

Here, Plaintiff's complaint falls directly within the category of pleadings identified in § 1915(e)(2)(B)(I) and (ii). Plaintiff alleges that "NATO Leaders need to remove the Pope and the Priest and they have to Exicute the CIA/FBI Agents and Doctors that are molesting animals and children and holding hostages the Governments refused to let the civilians and animals have protection of an alien out break of possion of rosemarries babies and will not protect the children and the animals and the wemen and men from molesters and criminals and canables." [sic]. The

complaint continues in a similar manner for multiple pages without setting forth a viable claim against Defendant Warren Productions, and there is no indication Plaintiff can cure the deficiencies in her complaint.

The Court also notes that this is the ninth case filed by Plaintiff within the last year. These cases show a flagrant abuse of the court system by someone who has filed floridly delusional complaints.[1]  Accordingly, pursuant to 28 U.S.C. § 1915(e)(2)(B), Plaintiff's complaint is DISMISSED and her application to proceed in forma pauperis is DENIED as moot.

**IT IS SO ORDERED.**

Dated: August 29, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] C-06-4919 MMC, *Recht v. U.S.*, was filed on August 15, 2006 and dismissed on August 17. C-06-4980 CRB, *Recht v. Heartland Financial*, was filed on August 17, 2006 and dismissed November 29, 2006. C-06-4981 MEJ, *Recht v. VISA*, was filed on August 17, 2006. C-07-2668 SBA, *Recht v. Risk Management*, was filed May 21, 2007 and dismissed on June 11, 2007. C-07-2670 JL, *Recht v. U.S. Army*, was filed on May 21, 2007 and dismissed on May 24, 2007. C-07-2671 MMC, *Recht v. Homeland Security*, was filed May 21, 2007 and dismissed on July 9, 2007. C-07-2673 MMC, *Recht v. Navy*, was filed on May 21, 2007 and dismissed on July 9, 2007. C-07-2674 SI, *Recht, et al. v. Hansen*, was filed on May 21, 2007.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LOUIS T. RECHT,

        Plaintiff,

v.

WARREN PRODUCTIONS,

        Defendant.

Case Number: CV07-04410 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis T. Recht
General Delivery
Seattle WA 98107

Louis T. Recht
725 6th Ave #2
San Francisco CA 94201

Louis T. Recht
PO Box 424217
San Francisco CA 94118

Dated: August 29, 2007

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3